**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH**

In re:  SKY MOUNTAIN TRUCK SALES, LLC          §          Case No. 11-37677 WTT
§
§
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gary E. Jubber, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,336,627.56 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $362,084.69 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $272,405.09 | |

3) Total gross receipts of $634,489.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,000.00 (see **Exhibit 2**), yielded net receipts of $631,489.78 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $863,033.00 | $360,416.39 | $358,260.00 | $358,260.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $272,405.09 | $272,405.09 | $272,405.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $8,889.72 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $830,961.00 | $635,651.57 | $98,964.39 | $3,824.69 |
| **TOTAL DISBURSEMENTS** | $1,693,994.00 | $1,277,362.77 | $729,629.48 | $634,489.78 |

4) This case was originally filed under chapter 7 on 12/16/2011.  The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/07/2017                    By: /s/ Gary E. Jubber

                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REFUND OF SALES AND USE TAXES | 1229-000 | $9,283.13 |
| ADV. PRO AGAINST ADESA NEVADA, LLC | 1249-000 | $4,010.00 |
| MAUGHAN LAW FIRM POST-PETITION TRANSFER | 1241-000 | $4,500.00 |
| ADV. PRO. AGAINST BANK OF AMERICAN FORK | 1241-000 | $37,500.00 |
| ADV. PRO. AGAINST BANK OF AMERICA | 1241-000 | $47,000.00 |
| ADV. PRO. AGAINST MANHEIM INVESTMENTS, INC. | 1241-000 | $11,750.00 |
| ADV. PRO. AGAINST FOREVER RESORT, LLC | 1241-000 | $7,500.00 |
| TRUCKS & RVS | 1129-000 | $416,400.00 |
| ADV. PRO. AGAINST RALPH PETTY | 1241-000 | $4,000.00 |
| ADV. PRO AGAINST PNC BANK | 1241-000 | $8,600.00 |
| SETTLEMENT OF HSBC JUDGMENT PURCHASE | 1249-000 | $2,500.00 |
| ADV. PRO. AGAINST REBECCA JILL PECK | 1241-000 | $4,621.00 |
| INTEREST (u) | 1270-000 | $0.09 |
| SELECT HEALTH - OVERPAYMENT | 1229-000 | $5,544.56 |
| ADV. PRO. AGAINST LINDA PECK | 1241-000 | $30,000.00 |
| ADV. PRO. AGAINST JOYCE MAUGHAN | 1241-000 | $6,281.00 |
| ADV. PRO. AGAINST RIGHT SIDE UP AUTO, L.C. | 1241-000 | $35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$634,489.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | REFUND OF PROCEEDS ORIGINALLY PAID FOR W. PECK JUDGMENT | 8500-002 | $1,500.00 |
| PAYETTE FINANCIAL SERVICES LLC | REFUND OF PURCHASE PRICE FOR WAYNE PECK JUDGMENT | 8500-002 | $1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$3,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICAN FORK | 4210-000 | NA | $358,260.00 | $358,260.00 | $358,260.00 |
| 1 | Snap-on Credit LLC | 4210-000 | $0.00 | $2,156.39 | $0.00 | $0.00 |
| N/F | ADP Commercial Leasing, LLC | 4110-000 | $19,309.00 | NA | NA | NA |
| N/F | US Bank | 4110-000 | $843,724.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$863,033.00** | **$360,416.39** | **$358,260.00** | **$358,260.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| Trustee, Fees - Gary E. Jubber | 2100-000 | NA | $31,604.50 | $31,604.50 | $31,604.50 |
| Trustee, Expenses - Gary E. Jubber | 2200-000 | NA | $33.34 | $33.34 | $33.34 |
| Attorney for Trustee Fees - FABIAN & CLENDENIN | 3110-000 | NA | $9,389.50 | $9,389.50 | $9,389.50 |
| Attorney for Trustee Fees - FABIAN VANCOTT | 3110-000 | NA | $153,281.20 | $153,281.20 | $153,281.20 |
| Attorney for Trustee, Expenses - FABIAN & CLENDENIN | 3120-000 | NA | $0.48 | $0.48 | $0.48 |
| Attorney for Trustee, Expenses - FABIAN VANCOTT | 3120-000 | NA | $1,949.07 | $1,949.07 | $1,949.07 |
| Accountant for Trustee, Fees - ROCKY MOUNTAIN ADVISORY, LLC | 3310-000 | NA | $14,081.64 | $14,081.64 | $14,081.64 |
| Auctioneer Fees - ERKELENS & OLSON AUCTIONEERS | 3610-000 | NA | $41,640.00 | $41,640.00 | $41,640.00 |
| Auctioneer Expenses - ERKELENS & OLSON AUCTIONEERS | 3620-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $3,809.00 | $3,809.00 | $3,809.00 |
| Bond Payments - INTERNATIONAL SURETIES. LTD. | 2300-000 | NA | $138.20 | $138.20 | $138.20 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,436.01 | $2,436.01 | $2,436.01 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $300.82 | $300.82 | $300.82 |
| Special Counsel for Trustee Fees - PARSONS KINGHORN HARRIS | 3210-600 | NA | $5,464.00 | $5,464.00 | $5,464.00 |
| Special Counsel for Trustee Expenses - PARSONS KINGHORN HARRIS | 3220-610 | NA | $56.53 | $56.53 | $56.53 |
| Accountant for Trustee Fees (Other Firm) - ROCKY MOUNTAIN ADVISORY, LLC | 3410-000 | NA | $6,158.00 | $6,158.00 | $6,158.00 |
| Accountant for Trustee Expenses (Other Firm) - ROCKY MOUNTAIN ADVISORY, LLC | 3420-000 | NA | $562.80 | $562.80 | $562.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$272,405.09** | **$272,405.09** | **$272,405.09** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Wendy Marz | 5300-000 | $0.00 | $951.00 | $0.00 | $0.00 |
| 7P | Utah State Tax Commission | 5800-000 | $0.00 | $7,938.72 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$8,889.72** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Express Recovery Services, Inc. | 7100-000 | $433.00 | $936.46 | $936.46 | $36.36 |
| 3 | GE Capital Retail Bank | 7100-000 | $0.00 | $2,562.93 | $2,562.93 | $99.52 |
| 4 | Bank of American Fork | 7100-000 | $700,000.00 | $536,687.18 | $0.00 | $0.00 |
| 5 | Appleway Equipment Leasing, Inc. | 7100-000 | $95,000.00 | $95,000.00 | $95,000.00 | $3,688.81 |
| 7U | Utah State Tax Commission | 7200-000 | $0.00 | $465.00 | $465.00 | $0.00 |
| 8 -2 | Internal Revenue Service | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Capital One | 7100-000 | $1,941.00 | NA | NA | NA |
| N/F | Lowes Business Acct. | 7100-000 | $2,248.00 | NA | NA | NA |
| N/F | Praxair | 7100-000 | $1,379.00 | NA | NA | NA |
| N/F | Stewarts Pest Control | 7100-000 | $63.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $15,705.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $2,967.00 | NA | NA | NA |
| N/F | US Bank Equipment Finance | 7100-000 | $9,711.00 | NA | NA | NA |
| N/F | XO Communications | 7100-000 | $1,514.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$830,961.00** | **$635,651.57** | **$98,964.39** | **$3,824.69** |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   11-37677 WTT

**Case Name:**   SKY MOUNTAIN TRUCK SALES, LLC

**For Period Ending:**   06/07/2017

**Trustee Name:**   (640070) Gary E. Jubber

**Date Filed (f) or Converted (c):**  12/16/2011 (f)

**§ 341(a) Meeting Date:**   01/26/2012

**Claims Bar Date:**  06/26/2012

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | COMMERCIAL PROPERTY 1515 S. 400 W, SALT LAKE CIT | 678,400.00 | 0.00 | | 0.00 | FA |
| 2 | BANK OF AMERICAN FORK ACCOUNTS (FLOORING LINE AN | 0.00 | 0.00 | | 0.00 | FA |
| 3 | COMPUTER EQUIPMENT | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | OFFICE FURNITURE | 500.00 | 500.00 | | 0.00 | FA |
| 5 | SNAP-ON TOOLS | 0.00 | 0.00 | | 0.00 | FA |
| 6 | TRUCKS & RVS | 700,000.00 | 0.00 | | 416,400.00 | FA |
| 7 | MAUGHAN LAW FIRM POST-PETITION TRANSFER (u) | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 8 | SELECT HEALTH - OVERPAYMENT (u) | 5,544.56 | 5,544.56 | | 5,544.56 | FA |
| 9 | REFUND OF SALES AND USE TAXES (u) | 0.00 | 0.00 | | 9,283.13 | FA |
| 10 | ADV. PRO. AGAINST JOYCE MAUGHAN (u) Settlement Agreement Approved | 6,281.00 | 6,281.00 | | 6,281.00 | FA |
| 11 | ADV. PRO AGAINST ADESA NEVADA, LLC (u) Settlement Agreement Approved | 4,010.00 | 4,010.00 | | 4,010.00 | FA |
| 12 | ADV. PRO AGAINST PNC BANK (u) Settlement Agreement Approved | 12,133.71 | 12,133.71 | | 8,600.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 2

**Case No.:**  11-37677 WTT

**Case Name:**  SKY MOUNTAIN TRUCK SALES, LLC

**For Period Ending:**  06/07/2017

**Trustee Name:**  (640070) Gary E. Jubber

**Date Filed (f) or Converted (c):**  12/16/2011 (f)

**§ 341(a) Meeting Date:**  01/26/2012

**Claims Bar Date:**  06/26/2012

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | ADV. PRO. AGAINST MANHEIM INVESTMENTS, INC. (u) | 24,595.00 | 24,595.00 | | 11,750.00 | FA |
| 14 | ADV. PRO. AGAINST REBECCA JILL PECK (u) | 27,214.00 | 27,214.00 | | 4,621.00 | FA |
| 15 | ADV. PRO. AGAINST FOREVER RESORT, LLC (u) | 34,532.52 | 34,532.52 | | 7,500.00 | FA |
| 16 | ADV. PRO. AGAINST HSBC FINANCE CORPORATION (u)<br>Default Judgment Entered - Judgment Purchased -- Refer to Asset 23 | 13,341.21 | 13,341.21 | | 0.00 | FA |
| 17 | ADV. PRO. AGAINST BANK OF AMERICA (u) | 72,677.34 | 72,677.34 | | 47,000.00 | FA |
| 18 | ADV. PRO. AGAINST BANK OF AMERICAN FORK (u) | 165,201.34 | 165,201.34 | | 37,500.00 | FA |
| 19 | ADV. PRO. AGAINST LINDA PECK (u) | 322,528.28 | 322,528.28 | | 30,000.00 | FA |
| 20 | ADV. PRO. AGAINST RIGHT SIDE UP AUTO, L.C. (u) | 4,402,545.65 | 4,402,545.65 | | 35,000.00 | FA |
| 21 | ADV. PRO. AGAINST WAYNE KEVIN PECK (u) | 641,386.35 | 641,386.35 | | 0.00 | FA |
| 22 | ADV. PRO. AGAINST RALPH PETTY (u) | 19,424.08 | 19,424.08 | | 4,000.00 | FA |
| 23 | SETTLEMENT OF HSBC JUDGMENT PURCHASE (u) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 0.09 | Unknown |
| 24 | **Assets     Totals**     (Excluding unknown values) | **$7,140,315.04** | **$5,758,915.04** | | **$634,489.78** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  3

**Case No.:**   11-37677 WTT

**Case Name:**   SKY MOUNTAIN TRUCK SALES, LLC

**For Period Ending:**      06/07/2017

**Trustee Name:**      (640070) Gary E. Jubber

**Date Filed (f) or Converted (c):**   12/16/2011 (f)

**§ 341(a) Meeting Date:**   01/26/2012

**Claims Bar Date:**   06/26/2012

**Major Activities Affecting Case Closing:**

9/30/12  After the debtor filed, the Trustee took immediate steps to secure property of the estate.  The Trustee objected to dismissal of the case and also entered into a stipulation with the principal secured creditor, Bank of American Fork, for a sale of most of the vehicle inventory.  The court approved the sale which was held on March 10, 2012.  The gross sales proceeds totaled approximately $416,000.00; most of which were distributed to Bank of American Fork.  The Trustee and the bank have conducted a Rule 2004 examination of the debtor.  The Trustee has determined that the debtor made several payments post-petition.  The Trustee has made demands to recipients of the payments and received some funds.  The Trustee intends to commence actions to avoid the transfers.

03/31/14 The Trustee has commenced several adversary procedings to recover pre and post petition transfers by the Debtor.  The Trustee has setttled several of the adversary proceedings, including claims against ADESA Auto Auction and PNC Bank.  Motions for approval of the settlements have been filed with the Court.  The trustee has negotiated with Bank of American Fork.  The Trustee has retained special counsel to pursue the claim against Bank of America.  Scheduling Orders in the remaining actions have been entered and discovery is underway.

03/31/15   The Trustee has resolved all adversary proceedings except the one against Rebecca Jill Peck, the former wife of the principal of the debtor.  The Trustee had obtained a default judgment against Ms. Peck; however, she obtained an order setting aside the default judgment.  A scheduling order has been entered and the Trustee is proceeding with discovery.

09/30/15  The trustee is in the process of trying to sell the judgments for the Adversary Proceedings against HSBC [ Asset #16] and Wayne Peck [Asset #21].

3/31/2016 The Trustee negotiated a sale of the HSBC and Wayne Peck judgments.  The Trustee has also negotiated a settlement agreement with Rebecca Jill Peck and filed a motion for approval of the agreement.  Wayne Peck has objected to the motion for approval of the sale of the judgment and also moved to set aside the judgment.

**Initial Projected Date Of Final Report (TFR):**        03/30/2014

**Current Projected Date Of Final Report (TFR):**        03/16/2017 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9665 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/26/2012 | | ERKELENS & OLSON AUCTIONEERS | AUCTION PROCEEDS | | 373,260.00 | | 373,260.00 |
| | {6} | | 1998 SAFARI CHEETAH $17,500.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 1998 DAMON INTRUDER $11,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2001 FLEETWOOD EXPEDITION $2,300.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 1999 MOUNTAINAIRE $16,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 1999 NATIONAL TROPICAL $13,500.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2000 COACHMAN CATALINA $11,500.00 | 1129-000 | | | 373,260.00 |

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9665 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {6} | | 2002 COACHMAN LEPRECHAUN $17,500.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2007 FOREST RIVER $20,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2008 DODGE RAM 1500 $20,100.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2004 COMMANDER BOAT & BOAT TRAILER $25,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2005 COACHMAN CROSS COUNTRY $31,500.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2005 ALLEGRO ZEPHRY $37,500.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2000 NATIONAL DOLPHIN $12,000.00 | 1129-000 | | | 373,260.00 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-37677 WTT |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC |
| **Taxpayer ID #:** | **-***3140 |
| **For Period Ending:** | 06/07/2017 |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9665 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {6} | | 2003 NEWMAR KOUNTRY STAR $31,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2002 ALPHA SEEYA $26,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2003 ALLEGRO PHAETON $23,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2008 FORD D450 FOUR WINDS $26,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2004 FORD FOREST RIVER $25,500.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2007 FORD FOREST RIVER $23,000.00 | 1129-000 | | | 373,260.00 |
| | {6} | | 2004 COACHMAN SANTANA $26,500.00 | 1129-000 | | | 373,260.00 |

*{ } Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                              *! - transaction has not been cleared*

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9665 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | ERKELENS & OLSON AUCTIONEERS | SALE FEE -$41,640.00 | 3610-000 | | | 373,260.00 |
| | | ERKELENS & OLSON AUCTIONEERS | PICK UP/TOWING EXPENSES -$1,500.00 | 3620-000 | | | 373,260.00 |
| 03/29/2012 | | To Account #92********9666 | TRANSFER FUNDS TO PAY BANK OF AMERICAN FORK PURSUANT TO CONSENT AND SALE AGREEMENT | 9999-000 | | 358,260.00 | 15,000.00 |
| 03/30/2012 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.09 | | 15,000.09 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.48 | 14,923.61 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.55 | 14,894.06 |
| 05/18/2012 | {7} | MAUGHAN LAW FIRM | RECOVERY OF FUNDS FROM UNAUTHORIZED POST-PETITION TRANSACTION PURSUANT TO 11 U.S.C. SECTION 549 | 1241-000 | 4,500.00 | | 19,394.06 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.64 | 19,357.42 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.34 | 19,319.08 |

{} Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     ! - transaction has been cleared

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9665 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.22 | 19,276.86 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.81 | 19,236.05 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.78 | 19,199.27 |
| 10/01/2012 | | To Account #92********9666 | TRANSFER FUNDS TO PAY FEE APPLICATIONS | 9999-000 | | 19,199.27 | 0.00 |
| | | **COLUMN TOTALS** | | | 377,760.09 | 377,760.09 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 377,459.27 | |
| | | **Subtotal** | | | 377,760.09 | 300.82 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $377,760.09 | $300.82 | |

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/29/2012 | | From Account #92********9665 | TRANSFER FUNDS TO PAY BANK OF AMERICAN FORK PURSUANT TO CONSENT AND SALE AGREEMENT | 9999-000 | 358,260.00 | | 358,260.00 |
| 03/29/2012 | 101 | BANK OF AMERICAN FORK | PROCEEDS PURSUANT TO CONSENT AND SALE AGREEMENT DATED FEBRUARY 16, 2012 | 4210-000 | | 358,260.00 | 0.00 |
| 10/01/2012 | | From Account #92********9665 | TRANSFER FUNDS TO PAY FEE APPLICATIONS | 9999-000 | 19,199.27 | | 19,199.27 |
| 10/01/2012 | 102 | Gary E. Jubber | Dividend paid 100.00% on $3,010.55, Trustee Compensation; Reference: | 2100-000 | | 3,010.55 | 16,188.72 |
| 10/01/2012 | 103 | FABIAN & CLENDENIN | Dividend paid 100.00% on $15,909.91, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 15,909.91 | 278.81 |
| 10/01/2012 | 104 | FABIAN & CLENDENIN | Dividend paid 100.00% on $278.81, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 278.81 | 0.00 |

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | The Bank of New York Mellon (HISTORICAL) |
| **Account #:** | ********9666 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 377,459.27 | 377,459.27 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 377,459.27 | 0.00 | |
| | | Subtotal | | | 0.00 | 377,459.27 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $377,459.27 | |

Exhibit 9
Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-37677 WTT | Trustee Name: | Gary E. Jubber (640070) |
|---|---|---|---|
| Case Name: | SKY MOUNTAIN TRUCK SALES, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3140 | Account #: | ******7465 Deposit Account |
| For Period Ending: | 06/07/2017 | Blanket Bond (per case limit): | $47,027,358.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/05/2013 | {8} | SELECT HEALTH | REFUND OF OVERPAYMENT OF INSURANCE PREMIUMS | 1229-000 | 5,544.56 | | 5,544.56 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,534.56 |
| 09/19/2013 | 11001 | Gary E. Jubber | 17607-1768 / INVOICE NO. 216187 - Trustee Compensation | 2100-000 | | 688.45 | 4,846.11 |
| 09/19/2013 | 11002 | FABIAN & CLENDENIN | 27316-1/ INVOICE NO. 216188 - Attorney for Trustee Fees | 3110-000 | | 3,597.09 | 1,249.02 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,239.02 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,229.02 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,219.02 |
| 12/20/2013 | {9} | STATE OF UTAH | REFUND OF SALES AND USE TAXES INCLUDING REIMBURSEMENT OF INTEREST AND PENALTIES ASSESSED FOR PERIOD ENDING 2/31/2011 | 1229-000 | 9,283.13 | | 10,502.15 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,492.15 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                      *! - transaction has not been cleared*

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7465 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/17/2014 | {10} | WELLS FARGO CASHIER'S CHECK FOR JOYCE MAUGHAN | SETTLEMENT FOR DISMISSAL OF ADV. PRO. 13-02483 | 1241-000 | 6,281.00 | | 16,773.15 |
| 01/24/2014 | {11} | ADESA CORPORATE OFFICE USA | SETTLEMENT FOR DISMISSAL OF ADV. PRO. 13-02503 | 1249-000 | 4,010.00 | | 20,783.15 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.37 | 20,763.78 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.87 | 20,735.91 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.82 | 20,707.09 |
| 04/25/2014 | {12} | PNC BANK | SETTLEMENT PROCEEDS OF ADV. PRO. AGAINST PNC BANK | 1241-000 | 8,600.00 | | 29,307.09 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.59 | 29,274.50 |
| 05/23/2014 | {18} | BANK OF AMERICAN FORK | SETTLEMENT PROCEEDS OF ADV. PRO AGAINST BANK OF AMERICAN FORK (13-02499) | 1241-000 | 37,500.00 | | 66,774.50 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.49 | 66,727.01 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.77 | 66,634.24 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7465 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.43 | 66,528.81 |
| 08/08/2014 | {22} | ZIONS BANK CASHIER'S CHECK | SETTLEMENT PROCEEDS FROM RALPH PETTY | 1241-000 | 4,000.00 | | 70,528.81 |
| 08/08/2014 | {19} | ZIONS BANK CASHIER'S CHECK | SETTLEMENT PROCEEDS FROM LINDA PECK | 1241-000 | 30,000.00 | | 100,528.81 |
| 08/25/2014 | {15} | FOREVER RESORTS | SETTLEMENT PROCEEDS FOR ADV. PRO. AGAINST FOREVER RESORT, LLC | 1241-000 | 7,500.00 | | 108,028.81 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.92 | 107,905.89 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.55 | 107,740.34 |
| 10/02/2014 | {20} | RIGHT SIDE UP AUTO LLC | PROCEEDS TO SETTLE ADVERSARY PROCEEDING AGAINST RIGHT SIDE AUTO | 1241-000 | 35,000.00 | | 142,740.34 |
| 10/10/2014 | {13} | MANHEIM, INC. | PROCEED TO SETTLE ADVERSARY PROCEEDING AGAINST MANHEIM | 1241-000 | 11,750.00 | | 154,490.34 |

Exhibit 9
Page: 11

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7465 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/27/2014 | {17} | BANK OF AMERICA CORP. | PROCEEDS TO SETTLE ADVERSARY PROCEEDING AGAINST BANK OF AMERICA | 1241-000 | 47,000.00 | | 201,490.34 |
| 10/27/2014 | 11003 | Gary E. Jubber | 17607-1768 / INVOICE NO. 239541 - TRUSTEE FEES | 2100-000 | | 14,822.50 | 186,667.84 |
| 10/27/2014 | 11004 | FABIAN & CLENDENIN | 27316-1 / INVOICE NO. 239542 - ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 115,634.90 | 71,032.94 |
| 10/27/2014 | 11005 | FABIAN & CLENDENIN | 27316-1 / INVOICE NO. 239542 - ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 1,376.37 | 69,656.57 |
| 10/27/2014 | 11006 | ROCKY MOUNTAIN ADVISORY, LLC | ACCOUNTANT FOR TRUSTEE FEES | 3310-000 | | 12,230.00 | 57,426.57 |
| 10/27/2014 | 11007 | ROCKY MOUNTAIN ADVISORY, LLC | ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 59.76 | 57,366.81 |
| 10/27/2014 | 11008 | PARSONS KINGHORN HARRIS | SPECIAL COUNSEL FOR TRUSTEE | 3210-600 | | 5,464.00 | 51,902.81 |
| 10/27/2014 | 11009 | PARSONS KINGHORN HARRIS | SPECIAL COUNSEL FOR TRUSTEE EXPENSES | 3220-610 | | 56.53 | 51,846.28 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 12

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******7465 Deposit Account | |
| **Blanket Bond (per case limit):** | $47,027,358.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.96 | 51,642.32 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.85 | 51,575.47 |
| 12/03/2014 | 11010 | INTERNATIONAL SURETIES. LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2014 FOR CASE #11-37677, Bond # 016027974 | 2300-000 | | 107.20 | 51,468.27 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.96 | 51,384.31 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.90 | 51,310.41 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.88 | 51,241.53 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.61 | 51,162.92 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.59 | 51,089.33 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.03 | 51,018.30 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.27 | 50,940.03 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.71 | 50,864.32 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 13

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7465 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.72 | 50,793.60 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.93 | 50,715.67 |
| 10/14/2015 | 11011 | Gary E. Jubber | 17607-1768 / INVOICE NO. 249252 - TRUSTEE FEES | 2100-000 | | 5,392.50 | 45,323.17 |
| 10/14/2015 | 11012 | FABIAN & CLENDENIN | 27316-1 / INVOICE NO. 249253 - ATTORNEY FOR TRUSTEE FEES Voided on 10/15/2015 | 3110-004 | | 9,389.98 | 35,933.19 |
| 10/14/2015 | 11013 | FABIAN & CLENDENIN | 27316-1 / INVOICE NO. 249253 - ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 0.48 | 35,932.71 |
| 10/14/2015 | 11014 | ROCKY MOUNTAIN ADVISORY, LLC | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 6,158.00 | 29,774.71 |
| 10/14/2015 | 11015 | ROCKY MOUNTAIN ADVISORY, LLC | ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 354.68 | 29,420.03 |
| 10/15/2015 | 11012 | FABIAN & CLENDENIN | 27316-1 / INVOICE NO. 249253 - ATTORNEY FOR TRUSTEE FEES Voided: check issued on 10/14/2015 | 3110-004 | | -9,389.98 | 38,810.01 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 14

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 11-37677 WTT

**Case Name:** SKY MOUNTAIN TRUCK SALES, LLC

**Taxpayer ID #:** **-***3140

**For Period Ending:** 06/07/2017

**Trustee Name:** Gary E. Jubber (640070)

**Bank Name:** Rabobank, N.A.

**Account #:** ******7465 Deposit Account

**Blanket Bond (per case limit):** $47,027,358.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/15/2015 | 11016 | FABIAN & CLENDENIN | 27316-1 / INVOICE NO. 249253 - ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 9,389.50 | 29,420.51 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.51 | 29,359.00 |
| 11/30/2015 | 11017 | INTERNATIONAL SURETIES. LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #11-37677, Bond # 016027974 -- Term 12/01/15 through 12/01/16 | 2300-000 | | 20.64 | 29,338.36 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.82 | 29,297.54 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.36 | 29,251.18 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.56 | 29,210.62 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.50 | 29,170.12 |
| 03/03/2016 | | PAYETTE FINANCIAL SERVICES | SETTLEMENT PROCEEDS FOR PURCHASE OF HSBC FINANCE JUDGMENT AND WAYNE PECK JUDGMENT | | 4,000.00 | | 33,170.12 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 15

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-37677 WTT |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC |
| **Taxpayer ID #:** | **-***3140 |
| **For Period Ending:** | 06/07/2017 |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7465 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {23} | | SETTLEMENT PROCEEDS FOR SALE OF HSBC JUDGMENT<br><br>$2,500.00 | 1249-000 | | | 33,170.12 |
| | | | REFUND OF PROCEEDS ORIGINALLY PAID FOR W. PECK JUDGMENT<br><br>-$1,500.00 | 8500-002 | | | 33,170.12 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.62 | 33,119.50 |
| 04/29/2016 | {14} | TRANSWEST CREDIT UNION TELLER'S CHECK | JILL PECK - SETTLEMENT PROCEEDS | 1241-000 | 4,621.00 | | 37,740.50 |
| 04/29/2016 | 11018 | PAYETTE FINANCIAL SERVICES LLC | REFUND OF PURCHASE PRICE FOR WAYNE PECK JUDGMENT | 8500-002 | | 1,500.00 | 36,240.50 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.92 | 36,194.58 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.66 | 36,144.92 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.03 | 36,087.89 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.03 | 36,037.86 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 16

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:**  11-37677 WTT

**Case Name:**  SKY MOUNTAIN TRUCK SALES, LLC

**Taxpayer ID #:**  **-***3140

**For Period Ending:**  06/07/2017

**Trustee Name:**  Gary E. Jubber (640070)

**Bank Name:**  Rabobank, N.A.

**Account #:**  ******7465 Deposit Account

**Blanket Bond (per case limit):** $47,027,358.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.86 | 35,981.00 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.61 | 35,929.39 |
| 10/19/2016 | | To Account #******7466 | TRANSFER FUNDS TO PAY FEE APPLICATIONS | 9999-000 | | 21,013.64 | 14,915.75 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.68 | 14,874.07 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.75 | 14,851.32 |
| 12/05/2016 | 11019 | INTERNATIONAL SURETIES. LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2016 FOR CASE #11-37677, Chapter 7 Blanket Bond Region 19 - Account No. ****-***-1944 | 2300-000 | | 10.36 | 14,840.96 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.29 | 14,819.67 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.73 | 14,796.94 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.86 | 14,777.08 |
| 03/16/2017 | | To Account #******7466 | TRANSFER FUNDS IN CONNECTION W/PREPARING FINAL REPORT | 9999-000 | | 14,777.08 | 0.00 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 17

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7465 Deposit Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 215,089.69 | 215,089.69 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 35,790.72 | |
| | | **Subtotal** | | | 215,089.69 | 179,298.97 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$215,089.69** | **$179,298.97** | |

Exhibit 9
Page: 18

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-37677 WTT | |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | |
| **Taxpayer ID #:** | **-***3140 | |
| **For Period Ending:** | 06/07/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Gary E. Jubber (640070) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7466 Checking Account |
| **Blanket Bond (per case limit):** | $47,027,358.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/19/2016 | | From Account #******7465 | TRANSFER FUNDS TO PAY FEE APPLICATIONS | 9999-000 | 21,013.64 | | 21,013.64 |
| 10/19/2016 | 10105 | Gary E. Jubber | 17607-1768 / 267064 - TRUSTEE FEES | 2100-000 | | 5,075.00 | 15,938.64 |
| 10/19/2016 | 10106 | FABIAN VANCOTT | 27316-1 / 267063 - ATTY FOR TRUSTEE FEES | 3110-000 | | 13,915.80 | 2,022.84 |
| 10/19/2016 | 10107 | FABIAN VANCOTT | 27316-1 / 267063 - ATTY FOR TRUSTEE COSTS | 3120-000 | | 22.84 | 2,000.00 |
| 10/19/2016 | 10108 | ROCKY MOUNTAIN ADVISORY, LLC | ACCOUNTANT FOR TRUSTEE FEES | 3310-000 | | 1,851.64 | 148.36 |
| 10/19/2016 | 10109 | ROCKY MOUNTAIN ADVISORY, LLC | ACCOUNTANT FOR TRUSTEE COSTS | 3420-000 | | 148.36 | 0.00 |
| 03/16/2017 | | From Account #******7465 | TRANSFER FUNDS IN CONNECTION W/PREPARING FINAL REPORT | 9999-000 | 14,777.08 | | 14,777.08 |
| 04/10/2017 | 10110 | Gary E. Jubber | Dividend paid 100.00% on $31,604.50, Trustee Compensation; Reference: | 2100-000 | | 2,615.50 | 12,161.58 |
| 04/10/2017 | 10111 | Gary E. Jubber | Dividend paid 100.00% on $33.34, Trustee Expenses; Reference: | 2200-000 | | 33.34 | 12,128.24 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                                                 *! - transaction has not been cleared*

Exhibit 9
Page: 19

## Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|
| **Case No.:** | 11-37677 WTT | **Trustee Name:** | Gary E. Jubber (640070) |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3140 | **Account #:** | ******7466 Checking Account |
| **For Period Ending:** | 06/07/2017 | **Blanket Bond (per case limit):** | $47,027,358.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/2017 | 10112 | FABIAN VANCOTT | Dividend paid 100.00% on $153,281.20, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,223.50 | 7,904.74 |
| 04/10/2017 | 10113 | FABIAN VANCOTT | Dividend paid 100.00% on $1,949.07, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 271.05 | 7,633.69 |
| 04/10/2017 | 10114 | UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $3,809.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 3,809.00 | 3,824.69 |
| 04/10/2017 | 10115 | Express Recovery Services, Inc. | Dividend paid 3.88% on $936.46; Claim# 2; Filed: $936.46; Reference: | 7100-000 | | 36.36 | 3,788.33 |
| 04/10/2017 | 10116 | GE Capital Retail Bank | Dividend paid 3.88% on $2,562.93; Claim# 3; Filed: $2,562.93; Reference: | 7100-000 | | 99.52 | 3,688.81 |
| 04/10/2017 | 10117 | Appleway Equipment Leasing, Inc. | Dividend paid 3.88% on $95,000.00; Claim# 5; Filed: $95,000.00; Reference: | 7100-000 | | 3,688.81 | 0.00 |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 20

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 11-37677 WTT | **Trustee Name:** | Gary E. Jubber (640070) |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3140 | **Account #:** | ******7466 Checking Account |
| **For Period Ending:** | 06/07/2017 | **Blanket Bond (per case limit):** | $47,027,358.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **35,790.72** | **35,790.72** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 35,790.72 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **35,790.72** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$35,790.72** | |

## Form 2

Exhibit 9
Page:  21

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 11-37677 WTT | **Trustee Name:** | Gary E. Jubber (640070) |
| **Case Name:** | SKY MOUNTAIN TRUCK SALES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3140 | **Account #:** | ******7466 Checking Account |
| **For Period Ending:** | 06/07/2017 | **Blanket Bond (per case limit):** | $47,027,358.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $592,849.78 |
| Plus Gross Adjustments: | $43,140.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $635,989.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********9665 Deposit Account | $377,760.09 | $300.82 | $0.00 |
| ********9666 Checking Account | $0.00 | $377,459.27 | $0.00 |
| ******7465 Deposit Account | $215,089.69 | $179,298.97 | $0.00 |
| ******7466 Checking Account | $0.00 | $35,790.72 | $0.00 |
| | $592,849.78 | $592,849.78 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**